UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 3:20-cr-015

vs.                                           District Judge Michael J. Newman

KEVIN LAMAR GREEN,

    Defendant.

---

**ORDER REQUIRING DEFENDANT'S COUNSEL TO FILE, BY JULY 2, 2021, A MEMORANDUM CONCERNING DEFENDANT'S *PRO SE* MOTION FOR COMPASSIONATE RELIEF (Doc. No. 50)**

---

This case is before the Court upon Defendant Kevin Lamar Green's *pro se* motion for compassionate release. Doc. No. 50. Attorney Larry Greger has been appointed to represent Defendant in connection with his *pro se* motion. Doc. No. 52. **IT IS HEREBY ORDERED** that Defendant's counsel shall file, **by July 2, 2021,** a memorandum concerning Defendant's *pro se* motion. Subsequent briefing shall comply with the requirements of S.D. Ohio Civ. R. 7.2. *See* S.D. Ohio Crim. R. 1.2.

    **IT IS SO ORDERED.**

June 10, 2021                                                 s/Michael J. Newman
                                                                  Hon. Michael J. Newman
                                                                    United States District Judge